IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
BEATRICE CODIANNI-ROBLES,        :    CIVIL ACTION NO.
Prison #11866-014                :    3:01 CV 1659 (AVC)
FCI Danbury                      :
        Plaintiff,       :
                                 :
v.                               :
                                 :
UNITED STATES OF AMERICA, ET AL. :    OCTOBER 29, 2003
---------------------------------x

## JOINT MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

Pursuant to Local Rule 7(b), the parties respectfully request a three month extension of the discovery deadlines set forth in the amended Scheduling Order entered in this case on August 28, 2003. In particular, the parties request additional time to complete fact and expert witness discovery in this case due to scheduling difficulties. The parties have made three prior requests to extend the discovery deadline in this case.[1]

In support of this request, the parties represent that they have been working diligently to complete discovery in this case, but have been delayed due to difficulty scheduling fact and expert witness depositions due to personal conflicts and due to the number and location of witnesses. As of this time, plaintiff has completed five fact witness depositions including one in

---

[1] The reasons for the prior requests are set forth in detail in the parties' Joint Motion for Extension dated February 27, 2003, which was granted by the Court by Order entered March 5, 2003. Since that time, plaintiff has made one additional request for additional time to depose defendant's expert witness on the basis that defendant had not yet made disclosure.

Florida and one in New York. The remainder of the fact and expert witness depositions have been scheduled for the following dates and locations:

| | | |
|---|---|---|
| Donald Polk and Rule 30(b)(6)/MD | 12/4/03 | Dallas, TX |
| Dr. Everett J. Wilkinson, Jr. | 12/5/03 | Kansas City, MO |
| James Aragona, M.D. | undetermined[2] | undetermined |
| Nurse Hawley and Jaishankara D. Manvi | 12/19/03 | Danbury, CT |
| Dr. Peter Barnett | 1/13/04 | undetermined |
| Donald W. Tennant | 1/22/04 | Richmond, VA |
| Beatrice Codianni-Robles | 1/30/04 | Danbury, CT |

For the foregoing reasons, the parties respectfully request that the deadlines be extended as follows:

1. Discovery, including all fact and expert witness depositions, will be completed by February 17, 2004;

2. Dispositive motions will be filed on or before March 17, 2004;

3. A joint trial memorandum will be filed on or before April 19, 2004 or within 30 days of the Court's ruling on any dispositive motions, whichever is later;

4. The case will be trial ready 30 days after the joint trial memorandum is filed.

This matter has not been assigned for trial.

---

[2] Dr. Aragona's deposition was scheduled for December 12, 2003, but must be rescheduled because counsel for plaintiff, Kathryn Emmett, received notice that she has jury duty that day. Counsel for the parties are trying to reschedule the deposition for a date in January 2004.

THE PLAINTIFF,
BEATRICE CODIANNI-ROBLES

BY: _____
KATHRYN EMMETT
Federal Bar No. CT05605
CHRISTINE CAULFIELD
Federal Bar No. CT19115
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744

THE DEFENDANTS,

BY: _____
AUSA ALAN MARC SOLOWAY
Federal Bar No. CT01581
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06508