# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------------x

BEATRICE CODIANNI-ROBLES,       :    CIVIL ACTION NO.
Prison #11866-014               :    3:01 CV 1659 (AVC)
FCI Danbury                     :
           Plaintiff,      :

v.                              :

UNITED STATES OF AMERICA, ET AL. :    OCTOBER ___, 2003

---------------------------------------------------------x

## JOINT MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

Pursuant to Local Rule 7(b), the parties respectfully request a three month extension of

the discovery deadlines set forth in the amended Scheduling Order entered in this case on August

28, 2003. In particular, the parties request additional time to complete fact and expert witness

discovery in this case due to scheduling difficulties. The parties have made three prior requests

to extend the discovery deadline in this case.[1]

In support of this request, the parties represent that they have been working diligently to

complete discovery in this case, but have been delayed due to difficulty scheduling fact and

expert witness depositions due to personal conflicts and due to the number and location of

witnesses. As of this time, plaintiff has completed five fact witness depositions including one in

---

[1]    The reasons for the prior requests are set forth in detail in the parties' Joint
Motion for Extension dated February 27, 2003, which was granted by the Court by Order entered
March 5, 2003. Since that time, plaintiff has made one additional request for additional time to
depose defendant's expert witness on the basis that defendant had not yet made disclosure.

November 4, 2003. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.