IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BEATRICE CODIANNI-ROBLES, | : | CIVIL ACTION NO. |
| Prison #11866-014 | : | 3:01 CV 1659 (AVC) |
| FCI Danbury | : |  |
|         Plaintiff, | : |  |
| v. | : |  |
| UNITED STATES OF AMERICA, ET AL. | : | FEBRUARY 12, 2004 |

**JOINT MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER**

Pursuant to Local Rule 7(b), the parties respectfully request a three month extension of the discovery deadlines set forth in the amended Scheduling Order entered in this case on November 4, 2003. The parties have been working diligently to complete fact and expert witness discovery in this case and have completed numerous depositions, including several out of state, but require additional time to complete the remainder of the fact and expert witness depositions due to scheduling and other difficulties, as set forth below. The parties have made four prior requests to extend the discovery deadline in this case.[1]

In support of this request, the parties represent, as stated above, that they have been working diligently to complete discovery in this case. As of this time, plaintiff has completed ten depositions including depositions in Florida, Texas, Virginia, Missouri and New York.

---

[1] The reasons for the prior requests are set forth in detail in the parties' Joint Motions for Extension dated February 27, 2003 and October 29, 2003, which were granted by the Court by Orders entered March 5, 2003 and November 4, 2003.

Plaintiff also commenced the depositions of Dr. Peter Barnett, which is scheduled to continue February 24, 2004, and Jaishankara D. Manvi. Mr. Manvi's deposition was continued because counsel for defendants believes an interpreter is necessary, but has not been rescheduled as of this time because counsel have been unable to locate an interpreter who speaks the appropriate Indian dialect. The parties are in the process of scheduling the remaining depositions to be taken in this matter – plaintiff, James Aragona, M.D. and John C. D'Avirro, M.D..[2]

For the foregoing reasons, the parties respectfully request that the deadlines be extended as follows:

1. Discovery, including all fact and expert witness depositions, will be completed by May 17, 2004;

2. Dispositive motions will be filed on or before June 17, 2004;

3. A joint trial memorandum will be filed on or before July 16, 2004 or within 30 days of the Court's ruling on any dispositive motions, whichever is later;

4. The case will be trial ready 30 days after the joint trial memorandum is filed.

This matter has not been assigned for trial.

---

[2] Defendants served interrogatories and requests for production on plaintiff on January 21, 2004 and are waiting for plaintiff's response prior to taking her deposition in this matter. Plaintiff requires and intends to request an additional thirty days to respond. In addition, this matter has been scheduled for a Settlement Conference before PJO Murphy on March 30, 2004.

THE PLAINTIFF,
BEATRICE CODIANNI-ROBLES


BY:_____
    KATHRYN EMMETT
    Federal Bar No. CT05605
    CHRISTINE CAULFIELD
    Federal Bar No. CT19115
    Emmett & Glander
    45 Franklin Street
    Stamford, CT  06901
    (203) 324-7744


THE DEFENDANTS,


BY:_____
    AUSA ALAN MARC SOLOWAY
    Federal Bar No. CT01581
    Office of the U.S. Attorney
    157 Church Street, 23rd Floor
    New Haven, CT 06508