65

FILED

2004 FEB 13 P 2: 14

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

```
BEATRICE CODIANNI-ROBLES,         :   CIVIL ACTION NO.
Prison #11866-014                 :   3:01 CV 1659 (AVC)
FCI Danbury                       :
              Plaintiff,          :        ACW
                                  :
v.                                :
                                  :
UNITED STATES OF AMERICA, ET AL. :    FEBRUARY 12, 2004
```

### JOINT MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

Pursuant to Local Rule 7(b), the parties respectfully request a three month extension of the discovery deadlines set forth in the amended Scheduling Order entered in this case on November 4, 2003. The parties have been working diligently to complete fact and expert witness discovery in this case and have completed numerous depositions, including several out of state, but require additional time to complete the remainder of the fact and expert witness depositions due to scheduling and other difficulties, as set forth below. The parties have made four prior requests to extend the discovery deadline in this case.[1]

In support of this request, the parties represent, as stated above, that they have been working diligently to complete discovery in this case. As of this time, plaintiff has completed ten depositions including depositions in Florida, Texas, Virginia, Missouri and New York. Plaintiff

---

[1]   The reasons for the prior requests are set forth in detail in the parties' Joint Motions for Extension dated February 27, 2003 and October 29, 2003, which were granted by the Court by Orders entered March 5, 2003 and November 4, 2003.

February 18, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.