IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------x
BEATRICE CODIANNI-ROBLES,           :   CIVIL ACTION NO.
Prison #11866-014                   :   3:01 CV 1659 (AVC)
FCI Danbury                         :
        Plaintiff,                 :
                                    :
v.                                  :
                                    :
UNITED STATES OF AMERICA, ET AL.    :   FEBRUARY 18, 2004
----------------------------------------x

## MOTION FOR EXTENSION OF TIME

    Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a thirty (30) day extension of time within which to file his response to defendants' Interrogatories and Requests for Production served January 21, 2004 up to and including March 22, 2004. This is plaintiff's first request for an extension of this deadline.

    In support of this request, undersigned counsel represents that additional time is required to coordinate a response to defendants' discovery requests because plaintiff is an inmate incarcerated at FCI Danbury. In addition, counsel for plaintiff have had numerous obligations that have prevented them from finalizing the response with plaintiff, including but not limited to obligations in Schroeder v. ACMI Corporation, 3:03 CV 0410 (MRK) and Montauredes v. Hooper Holmes, Inc., et al., 3:03CV1344 (DJS), pending in federal court, and TIG Insurance Company v. Bolton, et al., CV 03 0196305S and 83-85 Railroad Avenue, et al. v. Judice, et al., CV 01 0186514S, pending in state court, and in this matter.

   Undersigned counsel is authorized to represent that AUSA Alan Soloway, who represents the defendants in this action, does not object to this motion. This action has not been assigned for trial.

             THE PLAINTIFF,
             BEATRICE CODIANNI-ROBLES


            BY:_____
             KATHRYN EMMETT
             EMMETT & GLANDER
             45 Franklin Street
             Stamford, CT  06901
             (203) 324-7744
             Federal Bar No. ct05605

## CERTIFICATION

   This is to certify that a copy of the foregoing was mailed, postage prepaid, this 18th day of February, 2004, to:

AUSA Alan Marc Soloway
Office of the U.S. Attorney's
157 Church Street, 23rd Floor
New Haven, CT 06510.2112

Rina Desai, Esq.
Office of the Regional Counsel
Northeast Region, Federal Bureau of Prisons
United States Customs House
Second and Chestnut Streets, Floor 7
Philadelphia, PA 19106

            _____
            Kathryn Emmett