```
              UNITED STATES DISTRICT COURT

                DISTRICT  OF  CONNECTICUT
```

Beatrice Codianni-Robles

V.                              Case Number:  3:01CV1659(AVC)

USA

**Motion for Extension of Time to Respond to Interrogatories & Requests for Production Served 1/21/04**

Doc. # **67**

**ORDERED ACCORDINGLY**


    Dated at Hartford, Connecticut, February 25, 2004.


                    KEVIN F. ROWE, CLERK


                    By:   /s/ JW
                        Jo-Ann Walker
                        Deputy Clerk