**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BEATRICE CODIANNI-ROBLES, | : | CIVIL ACTION NO. |
| Prison #11866-014 | : | 3:01 CV 1659 (AVC) |
| FCI Danbury | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, ET AL. | : | MARCH 5, 2004 |

## MOTION TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff, through counsel, respectfully requests the court to issue the attached Writ of Habeas Corpus Ad Testificandum in order that she may be present at the settlement conference that is scheduled for March 30, 2004 at 2:00 pm, in Chambers Room 125, Hartford Annex before P.J.O. Murphy in the captioned case. Plaintiff is incarcerated at the Danbury Federal Prison Camp and the attached Writ must be granted in order for her to attend the settlement conference. As a party necessary to consideration of settlement, plaintiff is required to be present in court for the settlement conference. Therefore, since she cannot be present unless a writ of habeas corpus ad testificandum issues, plaintiff respectfully requests that attached Writ issue.

                          THE PLAINTIFF,
                          BEATRICE CODIANNI-ROBLES


                          BY:_____
                             KATHRYN EMMETT
                             EMMETT & GLANDER
                             45 Franklin Street
                             Stamford, CT  06901
                             (203) 324-7744
                             Federal Bar No. ct05605

## CERTIFICATION

       This is to certify that a copy of the foregoing was mailed, postage prepaid, this 5th day of March, 2004, to:

AUSA Alan Marc Soloway
Office of the U.S. Attorney's
157 Church Street, 23rd Floor
New Haven, CT 06510.2112

Rina Desai, Esq.
Michael D. Tafelski, Esq.
Office of the Regional Counsel
Northeast Region, Federal Bureau of Prisons
United States Customs House
Second and Chestnut Streets, Floor 7
Philadelphia, PA 19106


                            _____
                            Kathryn Emmett