69

FILED
2004 MAR -8 P 2: 46

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
BEATRICE CODIANNI-ROBLES,  :  CIVIL ACTION NO.
Prison #11866-014          :  3:01 CV 1659 (AVC)
FCI Danbury                :
        Plaintiff,        :      RKW
                           :
v.                         :
                           :
UNITED STATES OF AMERICA, ET AL. :  MARCH 5, 2004
---------------------------------x

## MOTION TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff, through counsel, respectfully requests the court to issue the attached Writ of Habeas Corpus Ad Testificandum in order that she may be present at the settlement conference that is scheduled for March 30, 2004 at 2:00 pm, in Chambers Room 125, Hartford Annex before P.J.O. Murphy in the captioned case. Plaintiff is incarcerated at the Danbury Federal Prison Camp and the attached Writ must be granted in order for her to attend the settlement conference. As a party necessary to consideration of settlement, plaintiff is required to be present in court for the settlement conference. Therefore, since she cannot be present unless a writ of habeas corpus ad testificandum issues, plaintiff respectfully requests that attached Writ issue.

March 12, 2004. GRANTED.
SO ORDERED.
/s/ Covello, U.S.D.J.

FILED
2004 MAR 12 P 3: 47
U.S. DISTRICT COURT
HARTFORD, CT.