**FILED**

2004 MAR 12 P 3: 47

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

---

| | |
|---|---|
| BEATRICE CODIANNI-ROBLES, | CIVIL ACTION NO. |
| Prison #11866-014 | 3:01 CV 1659 (AVC) |
| FCI Danbury | |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, ET AL. | MARCH 5, 2004 |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO HARLEY G. LAPPIN, DIRECTOR OF BUREAU OF PRISONS, OR WARDEN KUMA J. DEBOO, DANBURY, CORRECTIONAL INSTITUTION, GREETINGS:

**WHEREAS,** BEATRICE CODIANNI-ROBLES, Reg. No. 11866-014, has made this complaint to the Court alleging that she is incarcerated at the Danbury, Connecticut, now confined in the custody of the Bureau of Prisons and praying for a writ of habeas corpus to the end that said person may be brought before the United States District Court, 450 Main Street, Hartford, Connecticut, on the following date:

(1) Tuesday, March 30, 2004 at 2:00 pm, in Chambers Room 125, Hartford Annex before P.J.O. Murphy.

**WHEREAS,** the above-named inmate is required in court to participate in a settlement conference in the captioned action and for efficient judicial administration and adjudication of this action;

**WHEREAS,** a settlement conference is scheduled to be held before this court (the Honorable Alfred V. Covello, United States District Court Judge) under the auspices of P.J.O. Murphy at 2:00 p.m. on March 30, 2004;

THESE ARE THEREFORE BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, to command you, Kuma J. Deboo, Warden of F.C.I. Danbury, to deliver the said BEATRICE CODIANNI-ROBLES, Reg. No. 11866-014 to appear before the United States District Court for the District of Connecticut located at Hartford, Connecticut on March 30, 2004 at 2:00 p.m., so that she be present in the above-captioned matter, and to be returned to your custody immediately at the conclusion of said hearing.

Dated at Hartford, Connecticut this 12TH day of MARCH, 2004

Alfred V. Covello
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 5th day of March, 2004, to:

AUSA Alan Marc Soloway
Office of the U.S. Attorney's
157 Church Street, 23rd Floor
New Haven, CT 06510.2112

Rina Desai, Esq.
Michael D. Tafelski, Esq.
Office of the Regional Counsel
Northeast Region, Federal Bureau of Prisons
United States Customs House
Second and Chestnut Streets, Floor 7
Philadelphia, PA 19106

_____
Kathryn Emmett