IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BEATRICE CODIANNI-ROBLES, | : | CIVIL ACTION NO. |
| Prison #11866-014 | : | 3:01 CV 1659 (AVC) |
| FCI Danbury | : |  |
|              Plaintiff, | : |  |
| v. | : |  |
| UNITED STATES OF AMERICA, ET AL. | : | MARCH 16, 2004 |

**MOTION FOR EXTENSION OF TIME**

      Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a an extension of time from March 22, 2004 up to and including March 26, 2004, within which to file her response to defendants' Interrogatories and Requests for Production served January 21, 2004.  This is plaintiff's second request for an extension of this deadline.

      In support of this request, undersigned counsel represents that additional time has been required to coordinate a response to defendants' discovery requests because plaintiff is an inmate incarcerated at FCI Danbury.  In addition, counsel for plaintiff is scheduled to be away on a family trip from March 17 to March 23, 2004.

      Undersigned counsel has attempted to contact AUSA Alan Soloway, who represents the defendants in this action, to determine whether he objects to this motion but has not yet been able to reach him.  This action has not been assigned for trial.

                    THE PLAINTIFF,
                    BEATRICE CODIANNI-ROBLES


BY:_____
      KATHRYN EMMETT
      EMMETT & GLANDER
      45 Franklin Street
      Stamford, CT 06901
      (203) 324-7744
      Federal Bar No. ct05605

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 16th day of March, 2004, to:

AUSA Alan Marc Soloway
Office of the U.S. Attorney's
157 Church Street, 23rd Floor
New Haven, CT 06510.2112

Rina Desai, Esq.
Office of the Regional Counsel
Northeast Region, Federal Bureau of Prisons
United States Customs House
Second and Chestnut Streets, Floor 7
Philadelphia, PA 19106

_____
Kathryn Emmett

-2-