FILED

2004 MAR 19 A 11: 5~

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BEATRICE CODIANNI-ROBLES, <br> Prison #11866-014 <br> FCI Danbury <br>                 Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL. | CIVIL ACTION NO. <br> 3:01 CV 1659 (AVC) <br><br><br><br><br><br> MARCH 16, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a an extension of time from March 22, 2004 up to and including March 26, 2004, within which to file her response to defendants' Interrogatories and Requests for Production served January 21, 2004. This is plaintiff's second request for an extension of this deadline.

In support of this request, undersigned counsel represents that additional time has been required to coordinate a response to defendants' discovery requests because plaintiff is an inmate incarcerated at FCI Danbury. In addition, counsel for plaintiff is scheduled to be away on a family trip from March 17 to March 23, 2004.

Undersigned counsel has attempted to contact AUSA Alan Soloway, who represents the defendants in this action, to determine whether he objects to this motion but has not yet been able to reach him. This action has not been assigned for trial.

March 22, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.