IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BEATRICE CODIANNI-ROBLES, | CIVIL ACTION NO. |
| Prison #11866-014 | 3:01 CV 1659 (AVC) |
| FCI Danbury |  |
|           Plaintiff, |  |
| v. |  |
| UNITED STATES OF AMERICA, ET AL. | MAY 11, 2004 |

**JOINT MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER**

    Pursuant to Local Rule 7(b), the parties respectfully request a four month extension of the discovery deadlines set forth in the amended Scheduling Order entered in this case on February 20, 2004. As stated in the parties' February 12, 2004 request for an extension of the Scheduling Order deadlines and as set forth below, the parties have been working diligently to complete fact and expert witness discovery in this case and have completed numerous depositions, including several out of state, but require additional time to complete the remainder of the fact and expert witness depositions and request additional time to allow the parties to make efforts to resolve the case at this time. The parties have made five prior requests to extend the discovery deadline in this case.

    In support of this request, the parties represent that since the February 12th request, they have continued to work diligently to complete discovery in this case. Plaintiff has now completed eleven depositions including depositions in Florida, Texas, Virginia, Missouri and New York, and including the deposition of Dr. Peter Barnett which had previously been

continued. The parties are in the process of scheduling the remaining depositions of plaintiff, James Aragona, M.D., and John C. D'Avirro, M.D., which have been delayed while the parties awaited certain medical test results, and Jaishankara D. Manvi, which was continued until counsel for defendants could locate an interpreter who speaks the appropriate Indian dialect. In addition, the parties intend to conduct informal settlement negotiations at this time and have been referred to participate in a Settlement Conference before PJO Murphy. The parties believe it would be beneficial to pursue settlement discussions before undertaking any dispositive motions in this case.

For the foregoing reasons, the parties respectfully request that the deadlines be extended as follows:

1. Discovery, including all fact and expert witness depositions, will be completed by September 17, 2004;

2. Dispositive motions will be filed on or before October 15, 2004;

3. A joint trial memorandum will be filed on or before November 17, 2004 or within 30 days of the Court's ruling on any dispositive motions, whichever is later;

4. The case will be trial ready 30 days after the joint trial memorandum is filed.

This matter has not been assigned for trial.

THE PLAINTIFF,
BEATRICE CODIANNI-ROBLES


BY:_____
   KATHRYN EMMETT
   Federal Bar No. CT05605
   CHRISTINE CAULFIELD
   Federal Bar No. CT19115
   Emmett & Glander
   45 Franklin Street
   Stamford, CT  06901
   (203) 324-7744
   Email: kemmett@emmettandglander.com
   Email: ccaulfield@emmettandglander.com

   THE DEFENDANTS,


BY:_____
   AUSA ALAN MARC SOLOWAY
   Federal Bar No. CT01581
   Office of the U.S. Attorney
   157 Church Street, 23rd Floor
   New Haven, CT 06508
   (203) 821-3806
   Email: alan.soloway@usdoj.gov

-3-