74

FILED
04 MAY 12 PM 3:44

RECEIVED
2004 MAY 14 P 2:07
NEW HAVEN, CONNECTICUT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------x
BEATRICE CODIANNI-ROBLES,           :    CIVIL ACTION NO.
Prison #11866-014                   :    3:01 CV 1659 (AVC)
FCI Danbury                         :
              Plaintiff,            :
                                    :
v.                                  :
                                    :
UNITED STATES OF AMERICA, ET AL.    :    MAY 11, 2004
---------------------------------x

## JOINT MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

Pursuant to Local Rule 7(b), the parties respectfully request a four month extension of the discovery deadlines set forth in the amended Scheduling Order entered in this case on February 20, 2004. As stated in the parties' February 12, 2004 request for an extension of the Scheduling Order deadlines and as set forth below, the parties have been working diligently to complete fact and expert witness discovery in this case and have completed numerous depositions, including several out of state, but require additional time to complete the remainder of the fact and expert witness depositions and request additional time to allow the parties to make efforts to resolve the case at this time. The parties have made five prior requests to extend the discovery deadline in this case.

In support of this request, the parties represent that since the February 12th request, they have continued to work diligently to complete discovery in this case. Plaintiff has now completed eleven depositions including depositions in Florida, Texas, Virginia, Missouri and New York, and including the deposition of Dr. Peter Barnett which had previously been

May 21, 2004.
SO ORDERED.
GRANTED.
Alfred V. Covello

FILED
2004 MAY 21 P 4:05
U.S. DISTRICT COURT
HARTFORD, CT