UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEATRICE CODIANNI ROBLES : | CIVIL ACTION NO. |
|    Plaintiff, : | 3:01CV1659(AVC) |
| vs. : | |
| : | September 17, 2004 |
| UNITED STATES et al. : | |

JOINT MOTION TO EXTEND DISCOVERY

Counsel for all the parties jointly move for an extension of the discovery deadlines graciously extended by the Court in its decision of May 21, 2004. [Docket #75]. The parties respectfully request that the deadline for discovery be extended until January 18, 2005 and that the deadline for dispositive motions be extended until February 1, 2005.

Since May 21, 2004, the parties have completed the deposition of Dr. James Aragon, the Plaintiff's Orthopedic Expert.

The parties have also scheduled the following depositions.

    1. October 14, 2004-The Defendant Manvi.

    2. October 21, 2004-The Defendant Dr. John D'Avirro

    3. October 28, 2004-The Plaintiff, Beatrice Codianni-Robles.

The parties have engaged in extensive settlement discussions and are in good faith attempting to bridge the gap that continues between our two respective positions.

The parties are currently scheduled to meet with Parajudicial Officer Reid Murphy on October 12, 2004, at 2:00 p.m.

**ORAL ARGUMENT IS _NOT_ REQUESTED**

                Respectfully submitted,

                _____
                WILLIAM A. COLLIER (ct00986)
                ASSISTANT U.S. ATTORNEY

                     – for –

                ALAN MARC SOLOWAY
                ASSISTANT U.S. ATTORNEY
                157 CHURCH STREET
                NEW HAVEN, CT. 06510
                (203) 821-3700
                (203) 773-5373-FAX
                alan.soloway@usdoj.gov
                FEDERAL BAR # CT 01581


_____  _____
                KATHRYN EMMETT*
                EMMETT AND GLANDER
                45 FRANKLIN STREET
                STAMFORD, CT. 06901
                (203) 324-7744
                (203) 969-1319-FAX
                kemmett@emmettandglander.com
                FEDERAL BAR # CT 05605


\* To expedite the filing of this joint motion, Attorney Emmett has authorized the U.S. Attorney's Office to sign the motion on her behalf.

CERTIFICATION OF SERVICE

_____I hereby certify that on the 17th day of September, 2004, I caused a copy of the enclosed Joint Motion to be sent by postage prepaid, first class mail to:

Kathryn Emmett, Esq.
Emmett & Glander
45 Franklin Street
Stamford, Ct. 06901

Michael Tafelski, Esq.
Office of the Regional Counsel
Northeast Region
Federal Bureau of Prisons
United States Customs House
Second and Chestnut Streets
Philadelphia, PA. 19106

_____
WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY