UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
BEATRICE CODIANNI ROBLES    :    CIVIL ACTION NO.
    Plaintiff,    :    3:01CV1659(AVC)
vs.    :
        :    September 17, 2004
UNITED STATES et al.    :
------------------------------------X

## JOINT MOTION TO EXTEND DISCOVERY

Counsel for all the parties jointly move for an extension of the discovery deadlines graciously extended by the Court in its decision of May 21, 2004. [Docket #75]. The parties respectfully request that the deadline for discovery be extended until January 18, 2005 and that the deadline for dispositive motions be extended until February 1, 2005.

Since May 21, 2004, the parties have completed the deposition of Dr. James Aragon, the Plaintiff's Orthopedic Expert.

The parties have also scheduled the following depositions.

1. October 14, 2004-The Defendant Manvi.
2. October 21, 2004-The Defendant Dr. John D'Avirro
3. October 28, 2004-The Plaintiff, Beatrice Codianni-Robles.

The parties have engaged in extensive settlement discussions and are in good faith attempting to bridge the gap that continues between our two respective positions.

The parties are currently scheduled to meet with Parajudicial Officer Reid Murphy on October 12, 2004, at 2:00 p.m.

**ORAL ARGUMENT IS *NOT* REQUESTED**

*Margin annotation:* September 20, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.