UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEATRICE CODIANNI-ROBLES

V.                           Case Number: 3:01CV1659 (AVC)

USA, ET AL

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on February 24, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 26, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, February 24, 2005.


KEVIN F. ROWE, CLERK

By: _____
    Terri Glynn
    Deputy Clerk