IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEATRICE CODIANNI-ROBLES, <br> Prison #11866-014 <br> FCI Danbury <br> Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 3:01 CV 1659 (AVC) |
| v. | : | February 23, 2005 |
| UNITED STATES OF AMERICA | : | ~~JANUARY 7, 2005~~ |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Beatrice Codianni-Robles and United States of America, that the above-entitled action be, and the same hereby is, withdrawn with prejudice and without costs or disbursements to either party as against the other.

Dated ~~January~~ February 23, 2005.

| | |
|---|---|
| Kathryn Emmett <br> Emmett & Glander <br> 45 Franklin Street <br> Stamford, CT 06901.1308 <br> Attorney for Plaintiff <br> /s/ Kathryn Emmett <br> Kathryn Emmett (ct05605) | AUSA Alan Marc Soloway <br> Office of the U.S. Attorney <br> 157 Church Street, 23rd Floor <br> New Haven, CT 06508 <br> /s/ Alan Marc Soloway <br> Alan Marc Soloway (ct01581) |

SO ORDERED:

_____
U.S.D.J.