## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

—————————————————————x

BEATRICE CODIANNI-ROBLES,    :    CIVIL ACTION NO.
Prison #11866-014            :    3:01 CV 1659 (AVC)
FCI Danbury
        Plaintiff,    :

v.                           :    February 23, 2005

UNITED STATES OF AMERICA     :    JANUARY 7, 2005
—————————————————————x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for Beatrice Codianni-Robles and United States of America that the above-entitled

action be, and the same hereby is, withdrawn with prejudice and without costs or disbursements

to either party as against the other.

Dated January February 23 , 2005.

Kathryn Emmett                      AUSA Alan Marc Soloway
Emmett & Glander                    Office of the U.S. Attorney
45 Franklin Street                  157 Church Street, 23rd Floor
Stamford, CT 06901.1308             New Haven, CT 06508
Attorney for Plaintiff

—————————————————    —————————————————
Kathryn Emmett (ct05605)            Alan Marc Soloway (ct01581)

SO ORDERED:

—————————————————
U.S.D.J.